IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

IN RE:

NICK CHARLES ARNOLD
 f/k/a/ ALVIN REGINALD BARNEY, JR.,
        Appellant/Debtor.
                                                    Case No. 3:05cv64/MCR/MD

_____

### REPORT AND RECOMMENDATION

This cause is before the court upon referral from the clerk.  On March 30, 2005 the court issued an order requiring Appellant Arnold to pay the $255 filing fee within ten days.  (Doc. 7).[1]  Arnold was warned that his failure to comply with the order would result in his bankruptcy appeal being dismissed.  To date, Appellant Arnold has not paid the filing fee.

Accordingly, it is respectfully RECOMMENDED that this cause be dismissed and the clerk be directed to close the file.

At Pensacola, Florida, this 15th day of April, 2005.

/s/ *Miles Davis*
MILES DAVIS
UNITED STATES MAGISTRATE JUDGE

### NOTICE TO THE PARTIES

**Any objections to these proposed findings and recommendations must be filed within ten days after being served a copy thereof.  A copy of objections shall be served upon all other parties.  Failure to object may limit the scope of appellate review of factual findings.  See 28 U.S.C. § 636;** *United States v. Roberts*, **858 F.2d**

---

[1]The court denied Appellant Arnold's motion for leave to appeal *in forma pauperis*.

**698, 701 (11th Cir. 1988).**