UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

IN RE:

NICK CHARLES ARNOLD
f/k/a ALVIN REGINALD BARNEY, JR.

                                        CASE NO. 3:05cv64/MCR/MD

**REFERRAL AND ORDER**

Referred to Judge Rodgers on    JUNE 3, 2005
Type of Motion/Pleading: REQUEST FOR ENTRY OF JUDGMENT
Filed by:    APPELLANT    on  6/2/05  Document   10
( ) Stipulated/Consented/Joint Pleading
RESPONSES:
                                    on             Doc.#
                                    on             Doc.#
                                    WILLIAM M. McCOOL, CLERK OF COURT

                                       s/L. James
                                    Deputy Clerk

**ORDER**

     Upon consideration of the foregoing, it is ORDERED this 28th day of June, 2005, that:

     The requested relief is GRANTED.  Judgment to be entered as of today's date.

                                                  *s/ M. Casey Rodgers*
                                                    **M. CASEY RODGERS**
                                               **UNITED STATES DISTRICT JUDGE**

Entered On Docket: _____ By: _____
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to: